UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD LASKER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AROTECH CORPORATION, KENNETH W. CAPPELL, LAWRENCE F. HAGENBUCH, JON B. KUTLER, and JAMES J. QUINN,<br><br>　　　　　　　Defendants. | Doc. No.: 1:19-cv-06036-PKC-SJB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Howard Lasker and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against defendants Arotech Corporation, Kenneth W. Cappell, Lawrence F. Hagenbuch, Jon B. Kutler and James J. Quinn.

Dated:  February 4, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STULL, STULL & BRODY

　　　　　　　　　　　　　　　　　　　　　　By:_/s/ Patrick Slyne_____
　　　　　　　　　　　　　　　　　　　　　　Patrick Slyne
　　　　　　　　　　　　　　　　　　　　　　6 East 45th Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10017
　　　　　　　　　　　　　　　　　　　　　　(212) 687-7230
　　　　　　　　　　　　　　　　　　　　　　pkslyne@ssbny.com